IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIDEON C. BARRERA, et al.,

    Plaintiffs,

v.

DuPONT POWDER COATINGS U.S.A., INC., et al.,

    Defendants.

No. C 12-02450 JSW

**ORDER DIRECTING PARTIES TO FILE A STATUS REPORT**

This matter is one which appears to qualify for transfer to the United States District Court for the Eastern District of Pennsylvania, for inclusion in the *In re Asbestos Products Liability Litigation*, MDL-875. However, it is not clear whether defendant General Dynamics NASSCO ("NASSCO"), or any other party, has filed, or intends to file, a motion to transfer before the Multi-District Litigation ("MDL") panel. Therefore, the Court orders the parties to file a joint report by no later than July 30, 2012 advising the Court whether any party has filed or intends to file a motion to transfer this case before the MDL panel. If a motion to transfer has been filed, the parties should advise the Court regarding the status of that motion.

**IT IS SO ORDERED.**

Dated: July 23, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE