John R. Hillsman (State Bar No. 71220)
uroy3@aol.com
Abraham Feinstein-Hillsman (State Bar No. 241810)
bfh@mhpsf.com
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California  94133
Telephone:  (415) 421-9292

Attorneys for Plaintiffs
GIDEON C. BARRERA and
ARLYNE A. BARRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIDEON C. BARRERA and ARLYNE, A. BARRERA (Husband and Wife),<br><br>    Plaintiffs,<br><br>  vs.<br><br>DuPONT POWDER COATINGS U.S.A., INC.; HOSE-McCANN TELEPHONE COMPANY, INC.; FEDERAL SIGNAL CORPORATION; ATKINSON DYNAMICS; and GENERAL DYNAMICS NASSCO,<br><br>    Defendants.<br>_____ | Case No. CV 1202450 JSW<br>        e-filing case<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE THE AUGUST 31, 2012 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES TO A DATE 30 DAYS AFTER THE COURT RULES ON PLAINTIFFS' MOTION TO REMAND, CURRENTLY SCHEDULED TO BE HEARD ON AUGUST 24, 2012** |

COME NOW THE PARTIES HERETO, by and through their respective counsel, and hereby stipulate that:

---

Stipulation and ~~Proposed~~ Order Continuing Initial CMC - Case No. CV 1202450 JSW         1

WHEREAS the Court has scheduled the Initial Case Management Conference herein for August 31, 2012, thereby creating the deadline of **August 24, 2012** for the parties to: 1) exchange Initial Disclosures,  2)  file their Joint Case Management Statement, and 3)  file their Rule 26(f) Report,

AND WHEREAS  Plaintiff s  have filed their Motion to Remand this Action to the Superior Court for the County of Alameda, with a hearing date of **August 24, 2012**, the same date as is the parties' deadline for the filings and exchange referenced above;

IT IS HEREBY STIPULATED that the Initial Case Management Conference and deadlines created thereby be continued to a date at least 30 days (or at the Court's convenience) after the Court renders a decision on Plaintiffs' Motion to Remand, should the decision be to deny Plaintiffs' Motion.

Dated:   July 12, 2012                    McGUINN, HILLSMAN & PALEFSKY
                                          Attorneys for Plaintiffs
                                          Gideon C. Barrera and Arlyne A. Barrera

                                          By:  /s/ JOHN R. HILLSMAN
                                               JOHN R. HILLSMAN

Dated:   July 24, 2012                    GLYNN & FINLEY, LLP
                                          Attorneys for Defendant
                                          DuPont Powder Coatings U.S.A., Inc.

                                          By:  /s/ JONATHAN A. ELDREDGE
                                               JONATHAN A. ELDREDGE

Dated:   July 24, 2012                    BULLIVANT HOUSER BAILEY PC
                                          Attorneys for Defendant
                                          Hose-McCann Telephone Company, Inc.

                                          By:  /s/ MARILYN RAIA
                                               MARILYN RAIA

Dated:   July 24, 2012                    GORDON & REES, LLP

---

|   |   |
|---|---|
|   | Attorneys for Defendants<br>Federal Signal Corporation and<br>Atkinson Dynamics |
|   | By: /s/ JOHN F. HUGHES<br>     JOHN F. HUGHES |
| Dated: July 24, 2012 | BRYDON HUGO & PARKER<br>Attorneys for Defendant<br>General Dynamics Nassco |
|   | By: /s/ PAUL M. BESSETTE<br>     PAUL M. BESSETTE |

**ORDER**

The above Stipulation having been reviewed and considered, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Initial Case Management Conference scheduled for August 31, 2012, at 1:30 p.m. is continued to the new date of October 26, 2012, at 1:30 p.m.

IT IS FURTHER ORDERED that the deadlines for the exchange of Initial Disclosures, the filing of the Rule 26(f) Complaint, and the filing of the Joint Case Management Statement shall be continued from August 24, 2012, to October 19, 2012 ~~a new date which is to be calculated based on the rescheduled date of the Initial Case Management Conference~~.

Dated: 7-26-12

_____
JEFFREY S. WHITE,
UNITED STATES DISTRICT JUDGE

---

Stipulation and ~~Proposed~~ Order Continuing Initial CMC - Case No. CV 1202450 JSW        3